# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

THE PREMISES KNOWN AS:
**1910 Towne Centre Boulevard
Unit 924
Annapolis, Maryland 21401**

CASE NUMBER:

**13-0072SAG**

TO:   DEA Task Force Officer Matthew Wires,
and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**1910 Towne Centre Boulevard, Unit 924, Annapolis, Maryland 21401**, further described as an apartment within the Marnier Bay Apartments at the Annapolis Towne Centre in Parole/Annapolis, Maryland. The apartment building has two access points. The Main door is located at street level with a blue canopy, red trim, and white lettering displaying, "MARINER BAY AT ANNAPOLIS TOWNE CENTRE." The numbers "1910" are also displayed below the name on the canopy which are black in color and white background. The other access door to the apartment building is located on the third floor near the parking garage and retail stores. To the left of these (controlled access) glass doors are blue lettering stating, "MARINER BAY AT ANNAPOLIS TOWNE CENTRE." Unit 924 is located on the ninth floor. Upon exiting the elevator one would turn to the right and then immediately left, following the signs to units "913-926." The targeted apartment is located on the right hand side of the hallway. The door to Unit 924 is dark brown wood with a handle and deadbolt, and it opens left to right. To the left of the front door is a brown wooden shelf, and the numbers "924," which are brown in color with a cream background. To the right of the door is a fire extinguisher. Above the door on the ceiling is a green "EXIT" sign with an arrow pointing across the hall. Across the hall from the door of Unit 924, is a doorway leading to the stairwell.
- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment C

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant, **without the need to, in advance, knock and announce their presence.**

YOU ARE HEREBY COMMANDED to search on or before __1/28/13__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

__1/4/13__ at Baltimore, Maryland
Date and Time Issued  __11:11 am__

(#10) AUSAs Carey/Smith

_____
The Honorable Stephanie A. Gallagher
United States Magistrate Judge

| | RETURN | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1-14-13 | DATE AND TIME WARRANT EXECUTED<br>1-15-13  0833 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Seyed Sh. Kkari |
| INVENTORY MADE IN THE PRESENCE OF | Seyed Sh. Kkari | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_____                                 _____
U.S Judge or Magistrate                                                      Date

# **EVIDENCE RECOVERED:**

| Item # | Description | Location Found |
|---|---|---|
| A | Right Front Bedroom | |
| A-1 | Loaded Glock 23, .40 cal   s/n SXC132 | On Bed under pillow |
| A-2 | Magazine with .40 cal bullets (13) | From Item #A-1 |
| A-3 | Mossberg 12 Gauge Pistol Grip Shot Gun w/ sidesaddle s/n covered | Next to Door |
| A-4 | (9) 12 Gauge Certurion Slugs | (4) in Side Saddle A-3 |
| | | (5) in Item #A-3 |
| A-5 | (2) 12 Gauge Spartan Slugs | In sidesaddle of A-3 |
| A-6 | I-Phone s/n 87928M623NR | Nightstand next to Bed |
| A-7 | (2) Boxes Federal Shot Shells | Nightstand next to Bed |
| A-8 | (1) Box of Various Shotgun Shells | Nightstand next to Bed |
| A-9 | H&K .40 Cal P30 s/n 219003943 | Gun Safe |
| A-10 | Magazine w/ (14) .40 Cal S&W rounds | From Item A-9 |
| A-11 | Sig Saur P228 9mm s/n B137169 | Gun Safe |
| A-12 | Magazine w/ (14) 9mm rounds | From Item A-11 |
| A-13 | H&K USP 9mm s/n 24-6051 | Gun Safe |

| | | |
|---|---|---|
| A-14 | Magazine w/ (19) 9mm rounds | From Item A-13 |
| A-15 | Colt .45  s/n 4640-MA | Gun Safe |
| A-16 | Colt .45  s/n 5231ETO | Gun Safe |
| A-17 | H&K USP 9mm s/n 24-60-52 | Gun Safe |
| A-18 | Magazine 9mm (empty) | From Item A-17 |
| A-19 | Colt .45 cal s/n 1050NRA | Gun Safe |
| A-20 | Magazine .45 cal (empty) | From Item A-19 |
| A-21 | H&K USP .45  s/n 25084063 | Gun Safe |
| A-22 | Magazine w/ (13) 45.cal rounds | From Item A-21 |
| A-23 | H&K P7M13 9mm  s/n 17-917-75 | Gun Safe |
| A-24 | Magazine 9mm (empty) | From Item A-23 |
| A-25 | H&K SP89 9mm  s/n 21-27094 | Gun Safe |
| A-26 | Magazine w/ (30) 9mm rounds | From Item A-25 |
| A-27 | Upper AR Style Receiver w/ ACOG Sight | Gun Safe (Goes with A-28) |
| A-28 | Rock River Arms AR15 Lower s/n CM03927 | Gun Safe (Goes with A-27) |
| A-29 | Sig Saur P556, 5.56 Cal  s/n TP007189 | Gun Safe |

| | | |
|---|---|---|
| A-30 | Sig Saur P556, 5.56 Cal s/n TP007191 | Gun Safe |
| A-31 | Barrett Model 8281 50 cal s/n AA001321 | Gun Safe |
| A-32 | H&K FP6 12G  s/n 6014443 | Gun Safe |
| A-33 | Sig Saur Sig 716  7.62 cal  s/n 22D000279 | Gun Safe |
| A-34 | Sig Saur 516  5.56 cal  s/n 20A001393 | Gun Safe |
| A-35 | Bushmaster XM15-E2S 5.56 Cal, s/n L191487 w/ 37mm Launcher | Gun Safe |
| A-36 | Benelli M4  12 Gauge shotgun  s/n Y058528C | Gun Safe |
| A-37 | (5) 12 gauge rounds | From Item A-36 |
| A-38 | INDEP G-3 Rifle  s/n 10607 | Gun Safe |
| A-39 | Surefire Metal Magazine | Gun Safe |
| A-40 | Double Stack Metal Magazine | Gun Safe |
| A-41 | (9) Boxes Winchester .40 cal Black Talon | Gun Safe |
| A-42 | (26) Boxes Winchester 9mm Black Talon | Gun Safe |
| A-43 | (10) Boxes Winchester .44 cal Black Talon | Gun Safe |
| A-44 | (4) Boxes Winchester 10mm Black Talon | Gun Safe |
| A-45 | (4) Full (1) Partial Box Winchester .357 cal Black Talon | Gun Safe |
| A-46 | (1) Box Winchester 308 Black Talon | Gun Safe |
| A-47 | (26) Full (1) Partial Box Winchester .45 cal Black Talon | Gun Safe |

| | | |
|---|---|---|
| A-48 | (12) Loaded Plastic AR15 Magazines | Gun Safe |
| A-49 | (5) Loaded Metal AR15 Magazines | Gun Safe |
| A-50 | (1) 7.62 cal Loaded Plastic Magazine | Gun Safe |
| A-51 | (1) 308 Loaded Metal Magazine | Gun Safe |
| A-52 | (5) Empty 9mm Metal Magazines | Gun Safe |
| A-53 | (1) 50 cal Metal Magazine | Gun Safe |
| A-54 | (1) Plastic 5.56 Drum Magazine | Gun Safe |
| A-55 | Documents | Gun Safe |
| A-56 | Inert Pineapple Grenade | Gun Safe |
| A-57 | Cartier Watch (98769LX | Gun Safe (TOT DEA) |
| A-58 | Rolex Oyster Perpetual Gold Watch | Gun Safe (TOT DEA) |
| A-59 | Cartier Watch w/ no band | Gun Safe (TOT DEA) |
| A-60 | Breitling (K25362) Bentley Watch | Gun Safe (TOT DEA) |
| A-61 | Rolex Oyster Perpetual Watch | Gun Safe (TOT DEA) |
| A-62 | Cartier Watch w/ no Band | Gun Safe (TOT |

DEA)

| | | |
|---|---|---|
| A-63 | I-Phone (White) w/ cord | Night Stand |
| A-64 | I-Phone (Black) w/ case and power cord | Bed |
| A-65 | (3) Maryland Licenses (From Bag) | Closet |
| A-66 | Prestige LLC Documents | Closet |
| A-67 | Lower Trigger to G3 | Closet |
| A-68 | (7) Various Magazines | Closet (From Boxes) |
| A-69 | Aim Shot Night vision NVS141 | Closet |
| A-70 | Loose (Various) Ammunition | Closet (Plastic Drawer) |
| A-71 | (1) Box .223 Winchester Ammo | Closet |
| A-72 | Documents | Closet |
| A-73 | X26 Taser  s/n X00-655-104 | Closet |
| A-74 | (9) Various Magazines | Closet |
| A-75 | Baltimore City Police Patch | Closet |

**B**                                    **Back Left Bedroom**

| | | |
|---|---|---|
| B-1 | U.S Currency (In Citizen Bank Bag) (TOT DEA) | Dresser Closet |
| B-2 | Adidas Gazelle Shoes (Red) | Bedroom Floor |
| B-3 | Gucci Boots | Bedroom Floor |
| B-4 | Gucci Boots | Bedroom Floor |
| B-5 | Nike Shoes | Under Bed |
| B-6 | U.S. Currency in Salvatore Ferragamo Box (TOT DEA) | Closet Top Shelf |
| B-7 | Photo Copy of Check ($5,500.00) | Closet |
| B-8 | Various Documents | Dresser Closet |
| B-9 | Rolex Oyster Perpetual Gold Watch (TOT DEA) | Dresser Closet |
| B-10 | Rolex Oyster Perpetual Platinum (TOT DEA) | Dresser Closet |
| B-11 | Various Documents | Top Shelf Shoe Box |
| B-12 | Timberland Boots | Bottom Closet |
| B-13 | Documents | Dresser next to Bed |
| B-14 | Rolex Gold w/ diamonds (TOT DEA) | Chest on Night Stand |
| B-15 | U.S. Currency (TOT DEA) | Chest on Night Stand |
| B-16 | Documents | Chest on Night Stand |

| Item # | Description | Location Found |
|---|---|---|
| B-17 | Diamond Cross | Chest on Night Stand (TOT DEA) |
| B-18 | Ziploc bag w/ (6) Brown Pills | Chest on Night Stand |
| B-19 | Ziploc bag w/ 2 ½ Blue Pills | Chest on Night Stand |
| B-20 | Bottle w/ various capsules | Night Stand |
| B-21 | Ziploc bag w/ numerous pills | Night Stand |
| B-22 | I-Phone (white) with charger | Night Stand |
| B-23 | Documents | Night Stand |

| C | | Kitchen |
|---|---|---|
| C-1 | At&T Air Card | Island |

| Item # | Description | Location Found |
|---|---|---|
| C-2 | (2) Motorola Startac Cell Phone | Kitchen Cabinet |
| C-3 | Nextel Motorola i90 Cell Phone | Kitchen Cabinet |
| C-4 | Prince George's County Police Patch | Kitchen Cabinet |
| C-5 | (2) Motorola Cell Phone (Merc Benz) | Kitchen Cabinet |
| C-6 | Documents | Kitchen Cabinet |
| C-7 | ID's | Kitchen Cabinet |
| C-8 | Firearm Application | Kitchen Cabinet |
| C-9 | Firearm Bill of Sale | Island |
| C-10 | HP laptop s/n 584037-001 w/ charger | Kitchen Table |
| C-11 | (20) Documents Banker Boxes | Kitchen |

| | | |
|---|---|---|
| **D** | **From Anthony Santoiemma** | |
| D-1 | U.S. Currency | Person |
| D-2 | I-Phone (Black) | Person |
| D-3 | Auction Access ID | Person |
| | | |
| **E** | **2009 Ford Pick-Up (MD Registration 94W656A)** | |
| E-1 | Dell Laptop  s/n HFM4NF1  w/ bag | Inside E |